UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRONCELL MORALES,

Plaintiff,

-against-

CITY OF YONKERS, et al.,

Defendants.

**ORDER OF SERVICE**

26-CV-05789 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action. The Clerk of Court is directed to issue a summons as to the following Defendants: i) City of Yonkers; ii) Police Officer Matthew Bern; iii) Police Officer Catherine Lara; iv) Police Officer Caro; v) Police Officer Joseph McEntee; vi) Police Officer Michelle Perrotta; vii) Police Officer Tanevia Diaz; viii) Detective Gene Dolce; ix) Detective McDonald; x) Detective Quirk; xi) Detective Miele; xii) Detective Robertson; xiii) Detective Intervallo; xiv) Detective Sergeant Minichino; xv) Detective Lieutenant Orgera; xvi) Detective Captain York; xvii) George Nukho; xviii) Yovanny Vasquez; xix) Andrew W. Sayegh; xx) Rhonda Kayal; xxi) Court Reporter Julia Cleary; xxii) Sergeant John Mucilli; and xxiii) Denis Morland. Plaintiff is directed to serve the summons and complaint on the defendants within 90 days of the issuance of the summons.[1]

If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

SO ORDERED.

Dated: July 16, 2026
White Plains, New York

PHILIP M. HALPERN
United States District Judge